UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>Jose MARTINEZ,<br><br>Defendant. | Case No.  22MJ8364<br><br><u>COMPLAINT FOR VIOLATION OF</u><br><br>Title 8, U.S.C., Section 1326<br>Attempted Entry After Deportation<br>(Felony) |

The undersigned complainant being duly sworn states:

On or about May 30, 2022, within the Southern District of California, defendant, Jose MARTINEZ, an alien, who previously had been excluded, deported and removed from the United States to Mexico attempted to enter the United States with the purpose, i.e. conscious desire, to enter the United States without the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Section 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8, United States Code, Section 1326.

And the complainant states this complaint is based on the attached Statement of Facts, which is incorporated herein by reference.

_____
MANUEL VIZCARRA
BORDER PATROL AGENT

Sworn and attested to under oath by telephone, in accordance with Federal Rule of Criminal Procedure 4.1, this 31st day of May, 2022.

_____
HON. MITCHELL D. DEMBIN
U.S. MAGISTRATE JUDGE

UNITED STATES OF AMERICA
v.
Jose MARTINEZ

## STATEMENT OF FACTS

The complainant states this complaint is based upon the investigative reports of Border Patrol Agents (BPA) A. Munoz and R. Karol that defendant, Jose MARTINEZ (MARTINEZ), was found in the United States and was arrested May 30, 2022, near Calexico, California.

On May 30, 2022, BPA R. Karol was performing his assigned line watch duties approximately five (5) miles east of the Calexico, California West Port of Entry. At approximately 2:08 a.m., Remote Video Surveillance System (RVSS) operators notified BPA Karol of two individuals climbing over the International Boundary Fence (IBF) into the United States. From a distance, BPA Karol observed the two individuals cross a layer of barbed wire and proceed north from the IBF towards the All-American Canal. The two individuals paused at the south bank of the All-American Canal. As BPA Karol approached the individuals, one of them tried to hide in a small patch of brush approximately 88 feet north of the IBF. This individual was later identified as MARTINEZ. BPA Karol questioned MARTINEZ as to his citizenship. MARTINEZ stated he was a citizen and national of Mexico without the proper documents that would allow him to remain, reside, or work in the United States legally. BPA Karol placed MARTINEZ under arrest

approximately 88 feet north of the United States/Mexico IBF. MARTINEZ was then transported to the El Centro Centralized Processing Center for further processing.

At the Centralized Processing Center, MARTINEZ was advised of his Miranda rights. MARTINEZ stated he understood his rights and was willing to answer questions without the presence of an attorney. MARTINEZ stated he is a citizen of Mexico. MARTINEZ stated he did not possess any documentation allowing him to enter, work, and/or reside in the United States legally. When asked, MARTINEZ admitted having been ordered removed and deported before. MARTINEZ stated he intended to travel to Illinois.

Record checks revealed MARTINEZ was ordered removed from the United States to Mexico on October 31, 2013. MARTINEZ was last removed from the United States to Mexico on November 8, 2013, through Harlington, Texas.

Record checks revealed there is no evidence showing MARTINEZ has applied for and sought or received permission from the United States Attorney General or the Secretary of the Department of Homeland Security to re-enter the United States after being previously removed.